IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KURT SCHMITT,                          )
                                       )
            Plaintiff,                 )
                                       )
     v.                                )    No.  07 C 1129
                                       )
JP MORGAN CHASE BANK, et al.,          )
                                       )
            Defendants.                )

MEMORANDUM

Chase Bank USA, N.A. ("Chase") has just filed a Notice of
Removal ("Notice") to bring this action from the Circuit Court of
Lake County (Illinois' Nineteenth Judicial Circuit) to this
District Court pursuant to 28 U.S.C. §§1441 and 1446.[1]  This
memorandum is issued sua sponte because this Court disagrees with
the characterization by Chase's counsel that would permit Chase
to remove this action without the joinder of codefendant
Katherine Winston Schmitt ("Katherine").

As Chase's counsel would have it, the claims brought against
it by Katherine's ex-husband Kurt Schmitt ("Kurt") are "separate
and independent" from the claims against Katherine, so as to
bring the action within Section 1441(c) and permit removal by
Chase alone.  But this Court's reading of Kurt's Complaint
reveals that even though his theories of recovery against Chase
and Katherine are different, they stem from a common core of

_____

[1]     All further references to Title 28's provisions will
simply take the form "Section--."

operative fact and are really inextricably intertwined.  That being the case, this Court's view is that <u>both</u> defendants must join in the removal to comply with Section 1446(a).

Because the just-identified flaw is not one that implicates this District Court's subject matter jurisdiction, no current remand is called for under Section 1447(c).  But Chase's counsel is advised that unless Katherine joins in or consents to the removal on a timely basis, a motion for remand by Kurt will be honored.

_____
Milton I. Shadur
Senior United States District Judge

Date:  March 1, 2007